LMB/lmb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6259** CR-DIMITROULEAS
18 U.S.C. § 2252A(a)(5)(B)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
            )
       Plaintiff, )
   v.       )
            )
GARY D. HERTZ, )
            )
       Defendant. )
_____)

FILED by D.C.
SEP -7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

On or about May 28, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

GARY D. HERTZ,

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which



involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: _Gary D. Hertz_     No.:_____

Count # 1:

Possession of Child Pornography; in violation of 18 U.S.C. §2252A(a)(5)(B)

*Max Penalty:    Five (5) years' imprisonment;$250,000 fine

Count #

*Max Penalty:

Count #

*Max Penalty:

Count #

*Max Penalty:

Count # :

*Max Penalty:
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| GARY D. HERTZ | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

____ Miami  ____ Key West
__X__ FTL  ____ WPB  ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) __NO__
   List language and/or dialect  __ENGLISH__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days       __X__        Petty    ____
   II   6 to 10 days      ____         Minor    ____
   III  11 to 20 days     ____         Misdem.  ____
   IV   21 to 60 days     ____         Felony   __X__
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 99-4722-SNOW
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  __ Yes  _X_ No  If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes __X__ No

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

*Penalty Sheet(s) attached