AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD; DETECTIVE SANDRA FARROW (305) 944-9101

## United States District Court
### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

GARY D. HERTZ

**WARRANT FOR ARREST**

CASE NUMBER: 00-6259-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

FILED by D.C. SEP - 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___GARY D. HERTZ___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of child pornography,

in violation of Title 18 United States Code, Section(s) 2252A(a)(5)(B)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

September 7, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 50,000 Corporate Surety Bond  with Nebbia by BARRY S. SELTZER, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |