## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | GARY HERTZ (surrender) | CASE NO: | 00-6259-CR-DIMITROULEAS |
| AUSA: | LARRY BARDFELD / Ryan | ATTY: | NORMAN MOSCOWITZ, ESQ. pres |
| AGENT: | | VIOL: | 18 USC 2252A(a)(5)(B) |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | JUDGE CORP SURETY w/NEBBIA |

BOND HEARING HELD - yes / no      COUNSEL APPOINTED:

BOND SET @: 100,000 PSB      To be cosigned by:

[FILED SEP 15 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

*Advised of Charges*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ✓ Rpt to PTS as directed / or ____ x's a (week)/month by phone; ___ ____ x's a week; ___ in person.
- ❏ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: ____
- ✓ Travel extended to: *North Carolina*
- ~~Halfway House~~ *NO Internet access & NO Computer @ home or device which would provide access*

Reading of Indictment Waived
Not Guilty plea entered
[illegible] furnished
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 9/15/00    TIME: 11:00    FTL/LSS TAPE # 00 - 050    Begin: 157    End: 409