UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6259-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

GARY HERTZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: __ON BOND FORM_____

                  Telephone:_____

DEFENSE COUNSEL:  Name:____NORMAN MOSCOWITZ, ESQ._____

                  Address:_____

                  Telephone:_____

BOND SET:         $____100,000 PERSONAL SURETY_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this__15TH__day of __SEPTEMBER_____,2000.

                            CLARENCE MADDOX
                            COURT ADMINISTRATOR/CLERK OF COURT

                            By: _____
                                Deputy Clerk

                            Tape No.____00-_____

cc: Copy for Judge
    U. S. Attorney