AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD; DETECTIVE SANDRA FARROW (305)944-9101

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__    505647

UNITED STATES OF AMERICA

V.

GARY D. HERTZ

TO: **The United States Marshal**
**and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER: **00-6259**
**CR - DIMITROULEAS**
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____GARY D. HERTZ_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of child pornography,

in violation of Title __18__ United States Code, Section(s) __2252A(a)(5)(B)__

__CLARENCE MADDOX__
Name of Issuing Officer

_Signature of Issuing Officer_

Bail fixed at $ 50,000 Corporate Surety Bond  with Nebbia by

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 7, 2000, Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, Fl |||
| DATE RECEIVED 9/7/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/15/00 | | Glenn Morgan, ASDUSM |