**CRIMINAL MINUTES**

FILED by ___ D.C.
OCT 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6259-CR-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Gary Hertz

U.S. ATTORNEY: Terry Bardfeld    DEFT. COUNSEL: Norman Moscowitz

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Counsel present. Deft not present. Deft seeks motion to continue. Courts grants m/continue and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 11/3/00    TIME: 9:00    FOR: Cal. Call
MISC: 11/6/00    9:00    trial period

