## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED _____ D.C.
NOV 0 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6259-CR-WPD    DATE: November 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Gary Hertz

U.S. ATTORNEY: Tracy Bradford    DEFT. COUNSEL: Norman Moscowitz

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 1/12/01    TIME: 1:30    FOR: Sentencing
MISC: Written plea agreement filed.

