**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6259-CR-WPD   DATE: January 9, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Ed Conley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Gary Hertz

U.S. ATTORNEY: Laurence Bardfeld   DEFT. COUNSEL: Norman Moscowitz

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 5 years probation with first 180 days to be spent in home confinement without electronic monitoring, no fine, $100 assessment.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft's motion for downward departure is filed & granted. Deft informed of right to appeal.