# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**GARY D. HERTZ** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>**Case Number: 0:00-06259-CR-001**<br>Counsel For Defendant: **Norman Moscowitz, Esq.**<br>Counsel For The United States: **Laurence Bardfeld, AUSA**<br>Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

- [X] pleaded guilty to count(s) One
- [ ] pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] Was found guilty on count(s) after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 2252A(a)(5)(B) | Possession of Child Pornography | 05/28/1999 | One |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s)
- [ ] Count(s)      (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **12/21/1951**
Defendant's USM Number: **55464-004**

Defendant's Residence Address:
1001 Colony Point Drive
Building 5, Apt. # 209
Pembroke Pines, FL 33026

Defendant's Mailing Address:
1001 Colony Point Drive
Building 5, Apt. # 209
Pembroke Pines, FL 33026

**January 12, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: January 18, 2001



No further action required by the U.S. Marshals Service.

James A. Tassore
UNITED STATES MARSHAL

Ed Pino hase    SDUSM