PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 65370

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Gary Hertz     Case Number: 00-6259-CR-Dimitrouleas

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U. S. District Judge

Date of Original Sentence: January 12, 2001

Original Offense:    Possession of Child Pornography, Title 18 USC § 2252(a), a Class D Felony.

Original Sentence:    Five (5) years probation.

Type of Supervision: Probation     Date Supervision Commenced: January 12, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

"During the previously imposed 180 day period of home confinement you will wear an electronic monitoring device and follow electronic monitoring procedures specified by your probation officer. During this time you will remain at your place of residence at all times. Exceptions may include approved employment and other activities approved in advance by your probation officer. You will maintain a telephone at your place of residence without "call waiting" or "call back/call block" services for the above period."

## CAUSE

On January 12, 2001, as a special condition of probation Your Honor required Mr. Hertz to undergo home confinement for a period of 180 days. This requirement did not include the use of electronic monitoring devices. In order to verify that the probationer remained confined to his home a voice recognition program is frequently utilized with offenders who are not required to wear an electronic monitoring device. This voice recognition program randomly calls the offender at their home to verify that they are in fact meeting the condition of confinement. Mr. Hertz has stated he would



rather wear an electronic monitoring device than participate in the voice recognition program. Finding no cause to object to his request, this officer has forwarded the same for your consideration.

                        Respectfully submitted,

              by

                        Richard A. Martin
                        Sr. U.S. Probation Officer
                        (954) 769-5511
                        Date: February 22, 2001

RAM/cdd
Attachments

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

February 27, 2001
Date