**United States Government**
MEMORANDUM

**DATE:** April 7, 2004

**FROM:** Patricia Brinson, USPO
Hollywood, FL 33328
954-769-5511

**SUBJECT:** HERTZ, Gary
Docket No. 00CR06259-001
SD/FL PACTS No. 65370

**TO:** The Honorable William P. Dimitrouleas, Judge
United States District Court, Ft. Lauderdale, FL

### STATUS REPORT ON OFFENDER SPECIAL CONDITIONS

On January 12, 2001, Mr. Hertz was sentenced to a five (5) year term of probation for violation of Title 18 U.S.C. 2252A(a)(5)(B), Possession of Child Pornography. Special conditions of his supervision ordered include 1) shall participate in the Home Detention Program for a period of 180 days; 2) The defendant shall have no unsupervised contact with persons under the age of 18 or with the victim(s); 3) shall not be employed in a job requiring contact with persons under the age of 18; 4) shall not be involved in any children's or youth organizations; 5) shall not buy, sell, exchange, possess, trade or produce visual depictions of minors or adults engaged in sexually explicit conduct. Further, the defendant shall not correspond or communicate in person, by mail, telephone or computer with individuals or companies offering to buy, sell, trade, exchange, or produce visual depictions of minors or adults engaged in sexually explicit conduct; 6) shall not possess or use a computer with access to any on-line computer service, at any location (including employment), without prior approval of the U. S. Probation Officer; 7) shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer; 8) shall maintain full time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U. S. Probation Officer; 9) shall participate in an approved treatment program for mental health/substance abuse as directed by the U.S. Probation Office; 10) shall obtain prior approval from the U.S. Probation Office before entering into any self-employment; 11) shall participate in sex offender treatment to include psychological testing if deemed necessary.

On December 27, 2002, Mr. Hertz was married. His wife, Megan, has two children under the age of 18. The children presently reside in the home with Mr. Hertz and his wife. On February 12, 2003, this officer executed Probation Form 32, Acknowledgment of Third Party Risk, with Mrs. Hertz. This officer personally spoke with Mrs. Hertz regarding her husbands offense of conviction and potential associated risks to her children living in the home. Mrs. Hertz stated that she did not feel her children were at risk, although confirmed that she was aware of Mr. Hertz's charges and offense conduct. Mrs. Hertz signed the risk acknowledgment.

